UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THE UNITED STATES OF AMERICA,

      Plaintiff,                           Case No. 14-mj-30379

v.                                        Hon. R. Steven Whalen

JANAROL ALI DICKENS,

      Defendant.

_____/

## STIPULATION FOR CONTINUANCE OF INITIAL APPEARANCE ON CRIMINAL COMPLAINT AND FINDING OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Barbara L. McQuade, United States Attorney, and Sara Woodward, Assistant United States Attorney, and Defendant Janarol Ali Dickens, by his attorney, Martin E. Crandall, stipulate and agree to the adjournment of the initial appearance on the Criminal Complaint from August 19, 2014 at 1:00 p.m. to September 4, 2014 at 1:00 p.m.

Defendant's counsel would like to have ample time to discuss this matter with Ms. Woodward and his client before said hearing, and Defendant needs to arrange for his travel from Florida and workout said absence with his employer.

Finally, Defendant waives his rights to speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and agrees that this delay at his counsel's request is excludable time under the Speedy Trial Act.

201257357.2

**IT IS SO STIPULATED,**

| | |
|---|---|
| BARBARA L. MCQUADE<br>United States Attorney | CLARK HILL PLC |
| /s/ Sara Woodward (with consent)<br>Sara Woodward<br>Assistant U.S. Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, MI 48226<br>Sara.Woodward@usdoj.gov<br>(313) 226-9180<br>P73784 | /s/ Martin E. Crandall<br>Martin E. Crandall<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226-3435<br>mcrandall@clarkhill.com<br>(313) 965-8300<br>P26824 |
| Dated:  August 14, 2014 | Dated:  August 14, 2014 |

### ORDER FOR CONTINUANCE OF INITIAL APPEARANCE ON CRIMINAL COMPLAINT AND FINDING OF EXCLUDABLE DELAY

Upon this Court's consideration of the parties' stipulation for a continuance and the Court being apprised of the circumstances, IT IS ORDERED that the initial appearance on the Criminal Complaint be continued from August 19, 2014 at 1:00 p. m. to September 4, 2014 at 1:00 p.m., and the time for this delay is deemed excludable under the Speedy Trial Act.

Dated:  August 18, 2014                    s/R. Steven Whalen
                                                                United States Magistrate Judge

2

201257357.2