# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

SEP 04 2014

CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

Criminal No. 14-mj-30379

vs.

Janaroc Dickens

        Defendant.

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: __Mr. Dickens__.

__Martin E. Crandell__
Attorney's signature

__Martin Crandall P21824__
Printed Name and Michigan Bar Number

__Suite 3500  500 Woodward__
__Det. 48226__
Address

__MCRANDALL @ CLARKHILL.com__
E-mail Address

__813  701  7717__
(Area Code)    Telephone Number

Date: __9-4-14__
Detroit, Michigan

Fax Number

☐ CJA Appointment    ☒ Retained